■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER RUSSIN, Appellant. [612 NYS2d 1014] —Judgment unanimously reversed on the law and new trial granted. Memorandum: Because he was absent from the *Sandoval* hearing, defendant was deprived of his right to be present at all material stages of the proceedings against him *(see, People v Dokes,* 79 NY2d 656, 662; *People v Daniels,* 202 AD2d 986).

In view of our determination, we do not address defendant's remaining contentions. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Grand Larceny, 2nd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.